# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00816-CV

**D. K., Sr., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 35TH DISTRICT COURT OF MILLS COUNTY,
### NO. 12-10-6415, THE HONORABLE STEPHEN ELLIS, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant D. K. filed his notice of appeal on November 12, 2013. The appellate record was complete January 2, 2014, making appellant's brief due January 22, 2014. To date, appellant's brief has not been filed

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief no later than February 18, 2014. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on January 31, 2014.

Before Justices Puryear, Goodwin and Field